THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:04-CR-85-1-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | O R D E R |
| | ) | |
| GARY EDWARD NIXON, | ) | |
| Defendant. | ) | |

Gary Nixon seeks to have a copy of the transcript of his sentencing hearing forwarded to the Fourth Circuit Court of Appeals for its consideration in his motion for rehearing *en banc*. See *United States v. Gary Edward Nixon*, No. 10-6134 (4th Cir.)

For good cause shown, Nixon's Petition for Sentencing Transcript [DE-254] is ALLOWED. The Clerk of Court is DIRECTED to forward to the Fourth Circuit Court of Appeals a copy of that document with all due haste.

SO ORDERED.

This, the 5th day of October, 2010.

JAMES C. FOX
Senior United States District Judge