| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 8:16CR00420 |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) |
| | | |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Gary Edward Nixon | Maryland | Greenbelt |
| | NAME OF SENTENCING JUDGE | |
| | James C. Fox | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 06/17/2016 | TO 06/16/2021 |

OFFENSE

Conspiracy to Distribute and Possess with Intent to Distribute more than 5 Grams of Cocaine Base (Crack)
Sentencing Date: 03/28/2015

### PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the Eastern District of North Carolina upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

_5-21-2018_  
Date

_[signature]_  
United States District Judge

Paula Xinis

*This sentence may be deleted in the discretion of the transferring Court.

### PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF NORTH CAROLINA

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

_6/5/18_  
Effective Date

_[signature] Dever_  
United States District Judge