## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF NORTH CAROLINA
## DOCKET NO. 7:04-CR-85-1FL

| | | |
|---|---|---|
| United States of America | ) | |
| | ) | |
| vs. | ) | **JUDGMENT** |
| | ) | |
| Gary Edward Nixon | ) | |

On March 28, 2005, Gary Nixon appeared before the Honorable James C. Fox, Senior U.S. District Judge in the Eastern District of North Carolina, and upon an earlier plea of guilty to Conspiracy to Distribute and to Possess With Intent to Distribute More Than 5 Grams of Cocaine Base (Crack), in violation of 21 U.S.C. §§ 846 and 841(a)(1), was sentenced to the custody of the Bureau of Prisons for a term of 158 months. Additionally, it was ordered by the court that the defendant be placed on supervised release for 60 months upon release from imprisonment. Gary Edward Nixon was released from custody and the term of supervised release commenced on June 17, 2016.

From evidence presented at the revocation hearing on December 13, 2018, the court finds as a fact that Gary Edward Nixon, who is appearing before the court with counsel, has violated the terms and conditions of the judgment as follows:

1. Criminal conduct.
2. Using a controlled substance.

**IT IS, THEREFORE, ORDERED AND ADJUDGED** that the supervised release term heretofore granted be revoked, and the defendant is ordered committed to the custody of the Bureau of Prisons or its authorized representative for imprisonment for a period of 36 months. Of the sentence of imprisonment imposed, 12 months are to be served concurrently, and 24 months are to be served consecutively, to the sentence imposed in the matter of 7:18-CR-00104-1FL.

**IT IS FURTHER ORDERED** that the Clerk provide the U.S. Marshal a copy of this Judgment and same shall serve as the commitment herein.

This the 13th day of December, 2018.

Louise W. Flanagan
U.S. District Judge